United States District Court
Northern District of California

1
2
3
4              UNITED STATES DISTRICT COURT
5              NORTHERN DISTRICT OF CALIFORNIA
6
7   CLAUDIA PADILLA, et al.,                Case No. 15-cv-04866-TEH
          Plaintiffs,
8
       v.
9                                           **REFERRAL FOR PURPOSE OF
    VERA WILLNER, et al.,                   DETERMINING RELATIONSHIP**
10
          Defendants.
11
12
13      Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the
14  Honorable Jon S. Tigar for consideration of whether the case is related to *Willner v. Manpower*
15  *Inc.*, Case No. 11-cv-2846-JST.
16
17  **IT IS SO ORDERED.**
18
19  Dated:  11/05/15                         _____
                                             THELTON E. HENDERSON
20                                           United States District Judge