UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA PADILLA, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>VERA WILLNER, et al.,<br><br>　　　　　　Defendants. | Case No. 15-cv-04866-JST<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: ECF No. 40 |

The Court has received the parties' Joint Case Management Statement, which states that the parties have stipulated to stay all proceedings in this action pending the outcome of two dispositive motions scheduled to be heard by the Court on February 25, 2016. ECF No. 40. The Court construes this statement as a request to continue the Case Management Conference in light of the pending motions. So construed, the request is granted.

The Case Management Conference is hereby continued to March 30, 2016 at 2:00 p.m. A Joint Case Management Statement is due ten Court days prior to the conference.

IT IS SO ORDERED.

Dated: January 13, 2016

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　United States District Judge